216 P.3d 1271

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Female Child Born on October 3, 2004 ex rel. P.N., In re Adoption of | 29147 | 09/11/2009 | Affirmed |
| State v. Tolentino | 28492 | 09/22/2009 | Vacated & remanded |
| State v. Canencia | 29345 | 09/30/2009 | Vacated & remanded |